■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD O'TOOLE, Appellant. [951 NYS2d 878]—

The verdict was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the court's credibility determinations. We do not find the victim's account of the incident to be implausible. Moreover, her testimony was consistent with the officer's observations of the victim's demeanor, made shortly after the incident. Concur—Friedman, J.P., Moskowitz, Freedman, Richter and Abdus-Salaam, JJ.